**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MINI MASTER CONCRETE SERVICES, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **MASTER CONCRETE**<br>**MINI MASTER**<br>**EMPRESAS MASTER** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0313420** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PR-2 KM. 20.6 BO. CANDELARIA**<br>**Toa Baja, PR 00949**<br>Number, Street, City, State & ZIP Code | **P.O. BOX 2409**<br>**Toa Baja, PR 00951**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Toa Baja**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **None** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**
    Name                                                  Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3273__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | District of Puerto Rico | When | 12/31/13 | Case number | 13-10302-MCF11 |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    <u>MINI MASTER CONCRETE SERVICES, INC.</u>                    Case number (*if known*) _____
          Name

█████    **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2016**
               MM / DD / YYYY

X _____        **Carmen M. Betancourt**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _____        Date **December 20, 2016**
Signature of attorney for debtor                    MM / DD / YYYY

**CHARLES A. CUPRILL-HERNANDEZ**
Printed name

**CHARLES A CUPRILL PCS LAW OFFICES**
Firm name

**356 FORTALEZA STREET**
**SECOND FLOOR**
**San Juan, PR 00901**
Number, Street, City, State & ZIP Code

Contact phone    **787-977-0515**    Email address    **ccuprill@cuprill.com**

**USDC-PR114312**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **MINI MASTER CONCRETE SERVICES, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/16

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended Schedule
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2016**    X _____
Signature of individual signing on behalf of debtor

**Carmen M. Betancourt**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MINI MASTER CONCRETE SERVICES, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   7,330,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   8,459,961.05

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $   15,789,961.05

### Part 2:   Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................   $   4,662,975.99

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................   $   319,767.81

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................   +$   482,777.74

4.  **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                                                                                  $   5,465,521.54

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **MINI MASTER CONCRETE SERVICES, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $1,850.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANCO POPULAR DE PR ACCOUNT NO. 052-087581 BALANCE AS OF 11/30/2016 **OPERATING ACCOUNT** | **Checking Account** | 7581 | $5,598.85 |
| 3.2. | BANCO POPULAR DE PR ACCOUNT NO. 052-087565 BALANCE AS OF 11/30/2016 **PAYROLL ACCOUNT** | **Checking Account** | 7565 | $51.89 |
| 3.3. | BANCO POPULAR DE PR ACCOUNT NO. 052-082407 BALANCE AS OF 11/30/2016 **TAX ACCOUNT** | **Checking Account** | 2407 | $153.40 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | $7,654.14 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

Debtor   __MINI MASTER CONCRETE SERVICES, INC.__                    Case number *(if known)* _____
          Name

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **SECURITY DEPOSITS**
   **BALANCE AS OF 10/31/2016**
   7.1. **SEE EXHIBIT XVI**                                                                    $24,777.96

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment
   **PREPAID EXPENSES**
   8.1. **BALANCE AS OF 10/31/2016**                                                           $94,822.73

9. **Total of Part 2.**                                                              | $119,600.69 |
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 392,181.75 | - | 8,393.98 | =.... $383,787.77 |
| 11b. Over 90 days old: | 10,179.97 | - | 0.00 | =.... $10,179.97 |
| 11b. Over 90 days old: | 5,578.45 | - | 0.00 | =.... $5,578.45 |

12. **Total of Part 3.**                                                            | $399,546.19 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 2

Debtor   __MINI MASTER CONCRETE SERVICES, INC.__                      Case number (If known) _____
         Name

| 19. | Raw materials | | | | |
| --- | --- | --- | --- | --- | --- |
| | CEMENT RAW MATERIALS INVENTORY BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $16,778.57 | COST | $16,778.57 |
| | STONE RAW MATERIALS INVENTORY BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $11,246.50 | COST | $11,246.50 |
| | SAND RAW MATERIALS INVENTORY BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $21,328.27 | COST | $21,328.27 |
| | ADDITIVES RAW MATERIALS INVENTORY BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $12,202.35 | COST | $12,202.35 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale PROCESSED AGGREGATES INVENTORY BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $72,933.40 | COST | $72,933.40 |
| 22. | Other inventory or supplies SPARE PARTS BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $107,350.79 | COST | $107,350.79 |
| | DIESEL BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $12,647.39 | COST | $12,647.39 |
| | OIL AND LUBRICANTS BOOK BALANCE AS OF 11/30/2016 SEE EXHIBIT I | | $3,757.28 | COST | $3,757.28 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**                    Case number *(if known)*
_____
Name

| | | | | |
|---|---|---|---|---|
| **FLOCCULANT**<br>**BOOK BALANCE AS OF**<br>**11/30/2016**<br>**SEE EXHIBIT I** | | $2,977.24 | COST | $2,977.24 |

23. **Total of Part 5.**                                                                        | $261,221.79 |

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☒ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☒ No
   ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**OFFICE FURNITURE AND EQUIPMENT**<br>**BOOK VALUE AS OF 10/31/2016** | $283.35 | COST | $1,670.15 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and<br>communication systems equipment and software<br>**COMPUTER SOFTWARE**<br>**BOOK VALUE AS OF 10/31/2016** | $0.00 | COST | $8,803.81 |
| **OTHER EQUIPMENT**<br>**BOOK VALUE AS OF 10/31/2016** | $29.24 | COST | $5,768.03 |

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork;
   books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
   collections; other collections, memorabilia, or collectibles

Debtor   __MINI MASTER CONCRETE SERVICES, INC._____     Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.** | | $16,241.99 |
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ☐ No
   - ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☐ No.  Go to Part 9.
   - ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **TRUCKS**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT II** | $0.00 | Appraisal | $277,100.00 |
| 47.2. **TRUCKS**<br>**WELLS FARGO FINANCIAL LEASING'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT II** | $0.00 | Appraisal | $199,000.00 |
| 47.3. **TRUCKS**<br>**ESTIMATED FAIR MARKET VALUE AS**<br>**OF 10/31/2016**<br>**SEE EXHIBIT II** | $0.00 | Estimated Value | $34,000.00 |
| 47.4. **CORPORATE MOTOR VEHICLES**<br>**ESTIMATED FAIR MARKET VALUE AS**<br>**OF 10/31/2016**<br>**SEE EXHIBIT III** | $0.00 | Estimated Value | $65,632.00 |
| 47.5. **MOTOR VEHICLES**<br>**ESTIMATED FAIR MARKET VALUE AS**<br>**OF 10/31/2016**<br>**SEE EXHIBIT IV** | $0.00 | Estimated Value | $123,000.00 |
| 47.6. **MOTOR VEHICLES**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT IV** | $0.00 | Appraisal | $142,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**          Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>**LOADERS - INDUSTRIAL EQUIPMENT**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT V** | $0.00 | Appraisal | $344,000.00 |
| | **LOADERS - INDUSTRIAL EQUIPMENT**<br>**WELLS FARGO FINANCIAL LEASING'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT VI** | $0.00 | Appraisal | $130,000.00 |
| | **PLANT EQUIPMENT - AGUADILLA**<br>**WELLS FARGO FINANCIAL LEASING'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT VIII** | $0.00 | Appraisal | $455,000.00 |
| | **HAULING TRUCKS - INDUSTRIAL EQUIPMENT**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT IX** | $0.00 | Appraisal | $260,000.00 |
| | **HAULING TRUCKS - INDUSTRIAL EQUIPMENT**<br>**WELLS FARGO FINANCIAL LEASING'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT IX** | $0.00 | Appraisal | $145,000.00 |
| | **PLANT EQUIPMENT - ISABELA**<br>**WELLS FARGO FINANCIAL LEASING'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT X** | $0.00 | Appraisal | $340,000.00 |
| | **DIGGER - INDUSTRIAL EQUIPMENT**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE** | $0.00 | Appraisal | $35,000.00 |
| | **BACKHOE - INDUSTRIAL EQUIPMENT**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE** | $0.00 | Appraisal | $394,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **MINI MASTER CONCRETE SERVICES, INC.**                    Case number *(if known)* _____
     Name

| | | | |
|---|---|---|---|
| **BULLDOZER - INDUSTRIAL EQUIPMENT**<br>**BANCO DE DESARROLLO DE PR'S -**<br>**COLLATERAL**<br>**APPRAISED VALUE** | $0.00 | Appraisal | $270,000.00 |
| **RADIO TELEPHONE EQUIPMENT**<br>**AT COST** | $0.00 | COST | $3,217.55 |
| **LOADERS - INDUSTRIAL EQUIPMENT**<br>**ESTIMATED FAIR MARKET VALUE AS OF**<br>**10/31/2016**<br>**SEE EXHIBIT VII** | $0.00 | | $7,000.00 |
| **PLANT EQUIPMENT - ARECIBO**<br>**BANCO DE DESARROLLO DE PR'S**<br>**COLLATERAL**<br>**APPRAISED VALUE**<br>**SEE EXHIBIT XI** | $0.00 | Appraisal | $521,000.00 |
| **PLANT EQUIPMENT - CAGUAS**<br>**ESTIMATED FAIR MARKET VALUE**<br>**SEE EXHIBIT XII** | $0.00 | Appraisal | $100,000.00 |
| **PLANT EQUIPMENT - ISABELA**<br>**AT COST**<br>**SEE EXHIBIT XIII** | $0.00 | | $3,038,676.84 |
| **INDUSTRIAL EQUIPMENT - MOROVIS**<br>**AT COST**<br>**SEE EXHIBIT XIV** | $0.00 | | $48,000.00 |
| **PLANT EQUIPMENT - MOROVIS**<br>**AT COST** | $0.00 | | $17,129.16 |
| **INDUSTRIAL EQUIPMENT - AGUADILLA**<br>**AT COST**<br>**SEE EXHIBIT XV** | $0.00 | | $56,186.05 |

51.    **Total of Part 8.**                                                                    | $7,004,941.60 |

    Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor    **MINI MASTER CONCRETE SERVICES, INC.**                    Case number *(if known)* _____
_____
Name

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **PARCEL OF LAND OF 2.22 "CUERDAS" WITH AN OFFICE BUILDING AT PR-2 KM. 70.7, DOMINGO RUIZ WARD, ARECIBO, PUERTO RICO. CADASTER NUM. 052-000-005-05-999 APPRAISED VALUE AS OF JANUARY 4, 2010.** | Fee simple | $630,000.00 | Appraisal | $630,000.00 |
| 55.2. **PARCEL OF LAND OF 66.60572 "CUERDAS" AT HIGHWAY #2, KM. NO. 114.9, ARENALES BAJOS WARD, ISABLEA, PUERTO RICO. CADASTER NUM. 025-000-007-54-000 APPRAISED VALUE AS OF MARCH 6, 2012** | Fee simple | $6,200,000.00 | Appraisal | $6,200,000.00 |
| 55.3. **PARCEL OF LAND OF 9.0068 "CUERDAS" AT CAÑABON WARD, CAGUAS, PUERTO RICO. CADASTER NUM. APPRAISED VALUE AS OF NOVEMBER 30, 2010** | Fee simple | $500,000.00 | Appraisal | $500,000.00 |
| 55.4. **LEASED PARCEL OF LAND OF 29.1 "CUERDAS" AT CORRALES WARD, AGUADILLA, PR** | LESSEE | $0.00 | N/A | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

Debtor    **MINI MASTER CONCRETE SERVICES, INC.**                    Case number *(if known)* _____
            Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.5. | **LEASED PARCEL OF LAND OF 2 "CUERDAS" AT STATE ROAD #155, MOROVIS, PR** | LESSEE | $0.00 | N/A | | $0.00 |
| 55.6. | **LEASED PARCEL OF LAND OF 25.0002 "CUERDAS" AT ARENALES BAJOS WARD, ISABELA, PR** | LESSEE | $0.00 | N/A | | $0.00 |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$7,330,000.00** |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed In Part 9?**
☐ No
■ Yes

58. **Has any of the property listed In Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    Intangibles and Intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 9

Debtor    **MINI MASTER CONCRETE SERVICES, INC.**                    Case number *(If known)* _____
          Name

| | |
|---|---|
| **PREPAID RAW MATERIALS TAX CREDITS**<br>**BOOK BALANCE AS OF 10/31/2016** | **$396,856.00** |
| **PREPAID INCOME TAXES - PUERTO RICO**<br>**(REFUNDS AND OVERPAYMENTS FROM PRIOR**<br>**YEARS)**<br>**BOOK BALANCE AS OF 10/31/2016** | **$88,442.98** |
| **WATER TANK - ARECIBO**<br>**AT COST** | **$20,000.00** |
| **LEASEHOLD IMPROVEMENTS - TOA BAJA OFFICE**<br>**MASTER PRODUCTS - COLLATERAL**<br>**AT COST** | **$145,455.67** |

78.    **Total of Part 11.**                                                                **$650,754.65**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**          Case number *(If known)* _____
         Name

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,654.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $119,600.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $399,546.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $261,221.79 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,241.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,004,941.60 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $7,330,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $650,754.65 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,459,961.05 | + 91b. $7,330,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,789,961.05 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT I

**MINI MASTER**
**Balances de Inventario**
**NOVIEMBRE 2016**

| Planta | Inventario | Costo | Extendido |
|---|---|---|---|
| **CEMENTO** | | | |
| MOROVIS | 1,475 | 6.70 | 9,879.82 |
| TOA BAJA | 247 | 6.24 | 1,542.50 |
| ARECIBO | 857 | 6.25 | 5,356.25 |
| **Total CEMENTO** | **2,579** | **6.51** | **16,778.57** |
| | | | |
| **PIEDRA** | | | |
| MOROVIS | 351 | 18.77 | 6,587.45 |
| TOA BAJA | 186 | 17.66 | 3,283.91 |
| ARECIBO | 104 | 13.22 | 1,375.14 |
| **Total PIEDRA** | **641** | **17.55** | **11,246.50** |
| | | | |
| **ARENA** | | | |
| MOROVIS | 428 | 26.00 | 11,128.34 |
| TOA BAJA | 258 | 25.01 | 6,452.92 |
| ARECIBO | 149 | 25.15 | 3,747.01 |
| **Total ARENA** | **835** | **25.54** | **21,328.27** |
| | | | |
| **ADITIVO** | | | |
| MOROVIS | 1,016 | 5.37 | 5,454.82 |
| ARECIBO | 588 | 6.88 | 4,047.53 |
| TOA BAJA | 480 | 5.63 | 2,700.00 |
| **Total ADITIVO** | **2,084** | **5.86** | **12,202.35** |
| | | | |
| **SPARE PARTS** | | | |
| ISABELA | | | 78,847.93 |
| AGUADILLA | | | 16,632.74 |
| MOROVIS | | | 11,870.12 |
| **Total SPARE PARTS** | **0** | **0.00** | **107,350.79** |
| | | | |
| **DIESEL** | | | |
| ISABELA | 2,874 | 1.90 | 5,460.60 |
| AGUADILLA | 615 | 2.07 | 1,273.05 |
| ARECIBO | 1,311 | 1.90 | 2,490.90 |
| MOROVIS | 1,755 | 1.95 | 3,422.84 |
| **Total DIESEL** | **6,555** | **1.93** | **12,647.39** |
| | | | |
| **OIL & LUBRICANTS** | | | |
| ISABELA | 10.00 | 10.42 | 104.15 |
| AGUADILLA | 255 | 8.64 | 2,202.70 |
| MOROVIS | 151 | 9.59 | 1,450.43 |
| **Total SPARE PARTS** | **416** | **9.03** | **3,757.28** |

| PROCESSED AGGREGATES | | | |
|---|---:|---:|---:|
| ISABELA | 10,007 | 6.57 | 65,723.21 |
| AGUADILLA | 1,190 | 6.06 | 7,210.19 |
| **Total PROCESSED AGGREGATES** | **11,197** | **6.51** | **72,933.40** |

| FLOCCULANT(LBS) | | | |
|---|---:|---:|---:|
| ISABELA | 2,966 | 1.00 | 2,977.24 |
| AGUADILLA | | 0.00 | 0.00 |
| **Total FLOCCULANT** | **2,966** | **1.00** | **2,977.24** |

| TOTAL INVENTORY | | | |
|---|---|---|---:|
| | | | 261,221.79 |

EXHIBIT II

## CAMIONES LIGADORAS Y "CONCRETE MOBIL"
## MINI MASTER CONCRETE SERVICES, INC.

| UNIDAD | TABLILLA | FECHA DE REGISTRO | NUMERO DE REGISTRO | NO. SERIE CAMION | MARCA | AÑO | GRAVAMEN | PRECIO TASACION | PRECIO SUGERIDO | VENCE LICENCIA |
|---|---|---|---|---|---|---|---|---|---|---|
| M-327 | H-61704 | 30-Oct-98 | 5636197 | 1NK0L00X7YR841050 | KENWORTH | 2000 | BDE | $ 46,500 | $ 46,500 | OCT 2017 |
| M-328 | H-63505 | 31-Oct-98 | 5636195 | 1NK0L00X9YR841051 | KENWORTH | 2000 | BDE | 46,500 | 46,500 | OCT 2012 |
| M-331 | H-28381 | 25-Mar-03 | 6165852 | INK0L00X53J395701 | KENWORTH | 2003 | BDE | 60,000 | 60,000 | MAR 2014 |
| M-332 | H-61703 | 25-Mar-03 | 6165853 | 1NK0L00X53J395700 | KENWORTH | 2003 | BDE | 60,000 | 60,000 | MAR 2014 |
| TM-210 | H-21640 | 2-Dec-98 | 5522625 | 4VHJCABE4XN866018 | VOLVO | 1999 | BDE | 30,300 | 6,000 | JUN 2013 |
| TM-217 | H-32225 | 31-Oct-98 | 5636195 | 1NK0L00X9YR841051 | KENWORTH | 2000 | BDE | 33,800 | 6,000 | MAY 2016 |
| | | | | | Sub Total | | | 277,100 | 225,000 | |
| | | | | | | | | | | |
| TM-234 | H-57013 | 13-Nov-98 | 5473434 | 1NK0XATX9XR799243 | KENWORTH | 1999 | GE | 15,000 | 15,000 | NOV 2017 |
| TM-241 | H-68704 | 22-Sep-99 | 5619460 | 1NK0X0TX4YS840962 | KENWORTH | 2000 | GE | 14,500 | 14,500 | SEP 2017 |
| TM-242 | H-68707 | 22-Sep-99 | 5619470 | 1NK0X0TX4YS840964 | KENWORTH | 2000 | GE | 14,500 | 14,500 | SEP 2017 |
| TM-244 | H-68703 | 22-Sep-99 | 5619473 | 1NK0X0TX6YS840965 | KENWORTH | 2000 | GE | 14,500 | 14,500 | SEP 2017 |
| TM-245 | H-68702 | 22-Sep-99 | 5169447 | 1NK0X0TX8YS840966 | KENWORTH | 2000 | GE | 14,500 | 14,500 | SEP 2017 |
| TM-247 | H-68701 | 21-Sep-99 | 5619444 | 1NK0X0TX1YS840968 | KENWORTH | 2000 | GE | 14,500 | 14,500 | SEP 2017 |
| TM-253 | H-66000 | 15-Nov-99 | 5617145 | 1NK0X0TXXYJ844314 | KENWORTH | 2000 | GE | 12,500 | 12,500 | NOV 2017 |
| TM-254 | H-63595 | 07-Aug-00 | 5720990 | 1NK0X0TX41J868534 | KENWORTH | 2001 | GE | 17,000 | 17,000 | AUG 2017 |
| TM-271 | H-63596 | 01-Jun-01 | 5834342 | 1NK0X0TX71J879611 | KENWORTH | 2001 | GE | 17,000 | 30,000 | JUN 2017 |
| TM-273 | H-63597 | 01-Jun-01 | 5834344 | 1NK0X0TX01J879613 | KENWORTH | 2001 | GE | 17,000 | 30,000 | JUN 2017 |
| M-330 | H-44889 | 2-Apr-01 | 5872534 | 1NK0L00X61J879521 | KENWORTH | 2001 | GE | 22,500 | 46,500 | APR 2017 |
| TM-252 | H-43354 | 2-Apr-01 | 5872534 | 1NK0L00X61J879521 | KENWORTH | 2001 | GE | 6,000 | 6,000 | NOV 2011 |
| TM-255 | H-57011 | 2-Apr-01 | 2776145 | INK0X0TX61J868535 | KENWORTH | 2001 | GE | 9,500 | 9,500 | SEP 2011 |
| TM-269 | H-54837 | 2-Dec-98 | 5515619 | 4VHJCABE2XN866017 | VOLVO | 1999 | GE | 5,000 | 5,000 | JUN 2016 |
| TM-274 | H-28381 | 25-Mar-03 | 6165852 | INK0L00X53J395701 | KENWORTH | 2003 | GE | 5,000 | 5,000 | ----- |
| | | | | | Sub Total | | | 199,000 | 249,000 | |
| | | | | | | | | | | |
| TM-258 | H-63506 | 22-Aug-00 | 5720977 | 1NK0X0TX11J868538 | KENWORTH | 2001 | | - | 17,000 | AUG 2017 |
| TM-259 | H-63511 | 07-Aug-00 | 5720961 | 1NK0X0TX31J868539 | KENWORTH | 2001 | | - | 17,000 | AUG 2017 |
| | | | | | Sub Total | | | - | 34,000 | |
| | | | | | Total | | | $ 476,100 | $ 508,000 | |

EXHIBIT III

**UNIDADES CORPORATIVAS**
**MINI MASTER CONCRETE SERVICES, INC.**

| UNIDAD | TABLILLA | FECHA REGISTRO | REGISTRO | VIN | MARCA | MODELO | AÑO | PRECIO KBB | LICENCIA |
|--------|----------|----------------|----------|-----|-------|--------|-----|-----------|----------|
| CR-83 | FNW371 | 7-Oct-04 | 6478131 | 1GKDT13S552151119 | GMC | ENVOY 4 X 4 | 2005 | $ 2,945 | OCT 2017 |
| CR-85 | FNW400 | 4-Apr-05 | 6662745 | 1G12T54895F262656 | CHEVROLET | MALIBU | 2005 | 1,200 | APR 2016 |
| CR-86 | FNW404 | 19-Apr-05 | 6533073 | 1GND S13S952303974 | CHEVROLET | TRAILBLAZER | 2005 | 1,481 | APR 2015 |
| CR-93 | HEL565 | 6-Oct-07 | 7010881 | 1GKFR13048J135708 | GMC | YUKON | 2008 | 6,377 | OCT 2017 |
| PK-128 | H-25102 | 31-Aug-00 | 5748866 | 1FDWF36F3YEB35716 | FORD | F-350 | 2000 | 1,635 | AUG 2017 |
| PK-144 | H-29222 | 21-Jan-02 | 5981734 | 1FDAF56F92EA32023 | FORD | F-550 | 2002 | 14,000 | JAN 2017 |
| PK-150 | H-58261 | 10-Dec-02 | 6104018 | 1FDWF37F22EB89370 | FORD | F-350 | 2002 | 1,759 | DEC 2012 |
| PK-154 | 729 835 | 29-May-03 | 6213087 | 1GCEC14X03Z314550 | CHEVROLET | SILVERADO | 2003 | 2,083 | MAY 2017 |
| PK-166 | 769 524 | 13-May-04 | 6349116 | 1GTEC14X14Z295749 | GMC | SIERRA | 2004 | 2,198 | MAY 2017 |
| PK-171 | 900-123 | 22-Jan-05 | 6511039 | 1GTEC19V55Z223512 | GMC | SIERRA | 2005 | 2,208 | JAN 2017 |
| PK-175 | 788 728 | 4-Feb-05 | 6520254 | 1FTRX12W95NA16332 | FORD | F-150 | 2005 | 3,363 | FEB 2017 |
| PK-177 | 785 514 | 19-Apr-05 | 6533043 | 1GTEC14X05Z280161 | GMC | SIERRA | 2005 | 2,208 | APR 2017 |
| PK-180 | 793621 | 13-Jun-05 | 6582757 | 1FT5X21P75EC93935 | FORD | F-250 | 2005 | 2,552 | JUN 2017 |
| PK-181 | 794675 | 27-Jun-05 | 6597318 | 1FTRX14W15NA46616 | FORD | F-150 | 2005 | 3,363 | JUN 2017 |
| PK-183 | 793413 | 4-Oct-05 | 6653765 | 1GTEC14X76Z127195 | GMC | SIERRA 1500 | 2006 | 2,328 | OCT 2017 |
| PK-186 | H-45384 | 16-Dec-05 | 6692584 | 1FDWF36P05ED14770 | FORD | F-350 | 2005 | 7,649 | DEC 2016 |
| PK-188 | 793446 | 31-Dec-05 | 6722966 | 3GCEK14X06G160865 | CHEVROLET | SILVERADO | 2006 | 4,589 | DEC 2016 |
| PK-194 | 817-368 | 12-Sep-06 | 6992873 | 3GCEC14X17G149789 | CHEVROLET | SILVERADO | 2007 | 3,694 | SEP 2017 |
| | | | | Total | | | | $ 65,632 | |
| | | | | | | | | | |

EXHIBIT IV

**UNIDADES ADICIONALES**

**MINI MASTER CONCRETE SERVICES, INC.**

| EQUIPO | UNIDAD | TABLILLA | FECHA DE REGISTRO | NUMERO DE REGISTRO | NO. SERIE | MARCA | AÑO | GRAVAMEN | PRECIO TASACION | PRECIO SUGERIDO | LICENCIA |
|--------|--------|----------|-------------------|--------------------|-----------|-------|-----|----------|-----------------|-----------------|----------|
| Remolque | C6R | 26687-R | 17-Jun-95 | 3,870,261 | 4V2SDBJH7SR514811 | WHITE | 1995 | BDE | $ 34,000 | $ 7,000 | FEB 2017 |
| Remolque | C10R | 31993-R | 02-Oct-98 | 5432265 | 1NK0L60X4XR799311 | KENWORTH | 1999 | BDE | 52,000 | 15,000 | OCT 2017 |
| Remolque | C11R | 25419-R | 15-Nov-99 | 5617148 | 1NK0L60X3YJ840947 | KENWORTH | 2000 | BDE | 56,000 | 15,000 | NOV 2017 |
| | | | | | | SUB TOTAL | | | 142,000 | 37,000 | |
| | | | | | | | | | | | |
| Tumba Agg | A3T | 125500A | 22-Aug-96 | 5085340 | 1S8AD283XT0009257 | SUMMIT | 1996 | | - | 15,000 | AUG 2017 |
| Tumba Agg | A4T | 30189A | 11-Aug-97 | 5293914 | 1S8AD283XV0009424 | SUMMIT | 1997 | | - | 15,000 | AUG 2010 |
| Tumba Cem | C15T | 125386A | 15-Nov-99 | 5617119 | 3AHSE3030XM3AH285 | INDUSTRIAS GONZALES S.A. | 1999 | | - | 15,000 | NOV 2017 |
| Tumba Cem | C16T | 51251-A | 15-Nov-99 | 5617123 | 3AHSE3032XM3AH286 | INDUSTRIAS GONZALES S.A. | 1999 | | - | 10,000 | NOV 2017 |
| Tanque Agua | A1A | 55321-A | 09-Feb-00 | 5626880 | BLY812414 | TRAILER | 1978 | | - | 8,000 | FEB 2017 |
| Low Bed | LB2 | 125417A | 28-Nov-72 | 1129853 | UNP438001 | TRAILER | 1972 | | - | 15,000 | NOV 2017 |
| Boom Truck | GR-01 | H13632 | 17-Dec-97 | 5285706 | 1FDXF80C2WVA24233 | FORD F-80 | 1998 | | - | 10,000 | DEC 2016 |
| Camión | C5T | 92692H | 06-Dec-88 | 3050047 | 1FDXK74A5KVA02736 | FORD F-70 | 1989 | | - | 5,000 | DEC 2015 |
| Camión Agua | TA-2 | H26032 | 01-Nov-00 | 5737651 | 1M1AA13Y1PW025778 | MACK | 1993 | | - | 7,000 | NOV 2017 |
| Camión Agua | TA-3 | H26034 | 01-Nov-00 | 5737665 | 1M1AA13Y1RW039859 | MACK | 1994 | | - | 7,000 | NOV 2011 |
| Serv. Truck | MALU-4 | H48907 | 19-Jun-96 | 5067758 | 1HTSCAANTH255153 | INTERNATIONAL | 1996 | | - | 9,000 | JUN 2010 |
| Camión Agua | MAT-24 | H26330 | 23-May-00 | 5667094 | 1GDT7H4J0WJ505125 | GMC | 1998 | | - | 7,000 | MAY 2010 |
| | | | | | | SUB TOTAL | | | | 123,000 | |
| | | | | | | TOTAL | | | $ 142,000 | $ 160,000 | |

EXHIBIT V

**MINI MASTER CONCRETE SERVICE INC**
**LOADERS**

| Equipment | Make/Model | Serial Number | Gravamen | Precio Tasaclón | Precio Sugerido |
|---|---|---|---|---|---|
| Loader | Caterpillar 962G (L-11) | 4PW00301 | BDE | $ 102,000 | $ 10,000 |
| | Caterpillar 962G (L-12) | 4PW00371 | BDE | 102,000 | 15,000 |
| | Caterpillar 980G (L-16) | 9CM00810 | BDE | 140,000 | - |
| | | | | | |
| | | | | | |
| | | | | $ 344,000 | $ 25,000 |

EXHIBIT VI

**MINI MASTER CONCRETE SERVICE INC**
**LOADERS**

| Equipment | Make/Model | Serial Number | Gravamen | Precio Tasaclón | Precio Sugerido |
|---|---|---|---|---|---|
| Loader | Caterpillar 980G (MAL-3) | 2KR03304 | WF | $ 47,500 | $ - |
| | Caterpillar 980G (MAL-11) | 2KR04019 | WF | 52,500 | |
| | John Deere 624H (LMMC-7) | DW624HX579448 | WF | 30,000 | 20,000 |
| | | | | | |
| | | | | | |
| | | | | $ 130,000 | $ 20,000 |

EXHIBIT VII

**MINI MASTER CONCRETE SERVICE INC**
**LOADERS**

| Equipment | Make/Model | Serial Number | Gravamen | Precio Tasación | Precio Sugerido |
|---|---|---|---|---|---|
| Loader | John Deere 624H (LMMC-6) | | | | $    7,000 |
| | | | | | |

EXHIBIT VIII

**MINI MASTER CONCRETE SERVICE INC**
**AGUADILLA PLANT**
**PLANT EQUIPMENT**

| Equipment | Type | Make/Model | Gravamen | Precio Tasación | Precio Sugerido |
|---|---|---|---|---|---|
| Crusher | Primary | Cedarapids 4338 / 300hp | | | |
| | Secondary | Cedarapids 5048 / 350hp | | | |
| | Terciary | ISC-VSI 103 / 2@300hp | | | |
| Feeder | Grizzly | Cedarapids | | | |
| Vibrating Screen | Horizontal | Cedarapids 6' x 20' | | | |
| | Horizontal | Deister 6 x 16 | | | |
| Conveyor #1 | Grizzly Feeder Discharge Conveyor | 30" | | | |
| 2 | Side Plant Feed Conveyor | 30" | | | |
| 3 | Fill Material Transfer Conveyor | 24" | | | |
| 4 | Fill Material Radial Stacker | 24" | | | |
| 5 | Fill Material Conveyor | 48" | | | |
| 6 | Deister Oversize Conveyor | 36" | WF | $    455,000 | |
| 7 | Deister Recirculation Conveyor | 30" | | | |
| 8 | Primary Crusher Discharge Conveyor | 30" | | | |
| 9 | Main Screen Feed Conveyor | 36" | | | |
| 10 | Blockmix Conveyor | 42" | | | |
| 11 | Secondary Crusher Discharge Conveyor | 42" | | | |
| 12 | Screen Reversible Conveyor | 24" | | | |
| 13 | Blockmix Radial Stacker | 24" | | | |
| 14 | Stone Radial Stacker | 24" | | | |
| 15 | VSI Dsicharge | 36" | | | |
| 16 | Recirculation to Main Screen | 30" | | | |
| Scale | Romaine | Ricelake | | | |

EXHIBIT IX

### MINI MASTER CONCRETE SERVICE INC
### HAULING TRUCKS

| Equipment | Make/Model | Serial Number | Gravamen | Precio Tasación | Precio Sugerido |
|---|---|---|---|---|---|
| Hauling Truck | Caterpillar 769 C (MAT-11) | 01X04967 | BDE | $ 120,000 | $ - |
| Hauling Truck | Caterpillar D300E (MAT-17) | 7FN00932 | BDE | 100,000 | - |
| Hauling Truck | Euclid R35 (MAT-3) | 302TDBN72658 | BDE | 40,000 | - |
| | | | | - | - |
| | | Total | | $ 260,000 | $ - |

| Equipment | Make/Model | Serial Number | Gravamen | Precio Tasación | Precio Sugerido |
|---|---|---|---|---|---|
| Hauling Truck | Caterpillar 769 D (MAT-13) | 5SS00160 | WF | $ 70,000 | $ - |
| Hauling Truck | Hitachi EH700 (MAT-23) | 404TDC77065 | WF | 40,000 | - |
| Hauling Truck | Euclid R40C (MAT-2) | 4C4TDC76580 | WF | 35,000 | - |
| | | | | - | - |
| | | Total | | $ 145,000 | $ - |

EXHIBIT X

**MINI MASTER CONCRETE SERVICE INC**
**ISABELA PLANT**
**PLANT EQUIPMENT**

| Equipment | Type | Make/Model | Gravamen | Precio Tasación | Precio Sugerido |
|---|---|---|---|---|---|
| Crusher | Primary | Nordberg 1415 | | | |
| Feeder | Apron Feeder | Universal 4 x 20 | | | |
| | Scalper | Deister 4 x 10 | | | |
| | Inclined | Deister 6'x16' S/SHF | | | |
| | Dewatering | Deister BFO-1716-DW | | | |
| | | Linatex VD21 | | | |
| Conveyor #1 | Primary Crusher Discharge Conveyor | 36" | | | |
| 2 | Main Plant Feed Conveyor | 36" | | | |
| 10 | Primary Surge Bin Feeder | 42" | GEC | $   340,000 | |
| Control House | Control house with PLC panel | N/A | | | |
| MCC | Motor Control Center | | | | |
| Clean Water Pump | Lake Pump | 2 Berkeley 6x8 (2500 gpm ea) | | | |
| Slurry Pump | Dewatering Screen Pump | Scavenger 4x5 | | | |
| Sludge Pump | Clarifier Pump | Scavenger 4x5 | | | |
| Clarifier | 30' Tank | Linatex | | | |
| Cyclons | Dewatering System | 3 Pekor @18" | | | |
| Polymer Pump | Anionic Pump | Viking | | | |
| | Transfer Pump | Viking | | | |

**MINI MASTER CONCRETE SERVICE INC**
**ARECIBO PLANT**
**PLANT EQUIPMENT**

| | |
|---|---|
| 1.   500 BBL Cement Silo and air operated butterfly charging valves, mounted on structural steel supports. | |
| 2.   12 Cubic Yard Cement Weigh Batcher with air operated discharge valve | |
| 3.   4-Compartment Aggregate Bin with turn head and humidity sensor, pneumatic gates, and steel walkways, mounted on structural steel supports. | |
| 4.   12 Cubic yards Aggregates Batchers with pneumatic bin vibrator, pneumatic gates, and steel walkways, mounted on structural steel supports. | |
| 5.   480 Gallon Water Surge Tank & 480 Gallon Water Batcher with pneumatic discharge valves (Structurally Mounted On Cement Batcher/Silo). | $521,000 |
| 6.   30"x25' Aggregates Batch Transfer Channel Conveyor with 10 HP electric motor and gear reducer. | |
| 7. 12'x12' Aggregate Feed Hopper with bin vibrator, steel access ladder, and walkways, mounted on structural steel supports. | |
| 8.   30"x120' Aggregates Transfer Channel Conveyor with 30 HP electric motor and gear reducer. | |
| 9.   DMT Corp, 75KW/94KVA Skid Mounted Generator Set, s/n N/A. | |
| 10. 1 water reserve tanks with a total capacity of approximate 12,000 gallons of water. | |
| 11. Control House with (1) Alkon Command Batch batching system controls, with (1) Command Alkon (Spectrum V1) control panels, on a 30' concrete container with air conditioning, 1 restroom. | |

EXHIBIT  XII

**MINI MASTER CONCRETE SERVICE INC**
**CAGUAS PLANT**
**PLANT EQUIPMENT**

| | |
|---|---|
| 1. "Split Cement Silo": 1200 BBL Max./ 4800 bags with Cement Weight Batcher (12 Cu Yd) | $100,000 |
| | |

EXHIBIT  XIII

# MINI MASTER CONCRETE SERVICE INC
## ISABELA PLANT
## PLANT EQUIPMENT

| | |
|---|---:|
| CANICA VSI | $ 10,565.57 |
| PLANT | 2,757,760.59 |
| CLARIFIER | 47,016.25 |
| CLARIFIER | 15,363.50 |
| SUBESTACION | 15,182.80 |
| POZO PLANTA | 11,012.00 |
| PAVIMENTACION ENTRADA PLANTA | 17,800.00 |
| SUBESTACION | 10,903.31 |
| BOMBA AGUA LIMPIA | 5,445.00 |
| SUBESTACION | 14,357.56 |
| MEJORAS WEELWASHER MA089 | 13,427.39 |
| TORRE SECUNDARIA MA090 | 15,736.52 |
| MOLINO SECUNDARIO | 17,769.15 |
| VSI | 15,022.50 |
| REDUCTOR HSM507L-14 & MOTOR 100HP 1800RPM | 15,205.00 |
| LAVADOR PIEDRA  MA097 | 50,676.43 |
| LAVADOR PIEDRA  MA097 | 1,433.27 |
| MOTOR 200 HP/1800 MA097 | 4,000.00 |
| TOTAL | $ 3,038,676.84 |

EXHIBIT  XIV

## MINI MASTER CONCRETE SERVICE INC
## MOROVIS PLANT
## INDUSTRIAL EQUIPMENT

| | | |
|---|---|---:|
| 135 SILO FLY ASH PT 5 | $ | 30,000 |
| 180 SPECTRUM SYSTEM | | 18,000 |
| TOTAL | $ | 48,000 |

EXHIBIT  XV

## MINI MASTER CONCRETE SERVICE INC
## AGUADILLA PLANT
## INDUSTRIAL EQUIPMENT

| | | |
|---|---|---:|
| HYDRAULIC EXCAVATOR MAE-6 | $ | 27,426 |
| HYDRAULIC HAMMER NPK 12 X (S/N 50010417) | | 28,760 |
| TOTAL | $ | 56,186 |

**Fill in this information to identify the case:**

Debtor name   **MINI MASTER CONCRETE SERVICES, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BANCO DESARROLLO ECONOMICO DE PR**<br>Creditor's Name<br><br>PO BOX 2134<br>San Juan, PR 00922-2134<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/20/2008**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**REAL AND PERSONAL PROPERTY LISTED IN SCHEDULE A/B**<br><br><br>Describe the lien<br>**MORTGAGE AND UCC FILINGS**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,183,348.68 | $9,573,100.00 |
| **2.2** **ESSROC SAN JUAN CEMENT CO INC**<br>Creditor's Name<br><br>PO BOX 366698<br>San Juan, PR 00936-6698<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/1/2011**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**MACHINERY AND EQUIPMENT LISTED IN SCHEDULE A/B**<br><br><br>Describe the lien<br>**UCC FILINGS**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $272,402.47 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **MINI MASTER CONCRETE SERVICES, INC.**          Case number (if known) _____
          Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **MASTER PRODUCTS CORP** | Describe debtor's property that is subject to a lien | $57,249.76 | $145,455.67 |
|---|---|---|---|---|

Creditor's Name

**NUM 425 CARR 693 PMB 240
Dorado, PR 00646-4802**
Creditor's mailing address

**REAL AND PERSONAL PROPERTY LISTED IN SCHEDULE A/B**

Describe the lien
**LOAN**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**12/1/2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **WELLS FARGO FINANCIAL LEASING** | Describe debtor's property that is subject to a lien | $1,149,975.08 | $1,269,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 3072
Cedar Rapids, IA
52406-3072**
Creditor's mailing address

**PERSONAL PROPERTY DESCRIBED IN SCHEDULE A/B**

Describe the lien
**UCC FILINGS**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**10/1/2008**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $4,662,975.99 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | MINI MASTER CONCRETE SERVICES, INC. | Case number (if know) |
|---|---|---|
| | Name | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name **MINI MASTER CONCRETE SERVICES, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**CRIM<br>BANKRUPTCY DEPT<br>PO BOX 195387<br>San Juan, PR 00919-5387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $169,046.53 | $169,046.53 |
| Date or dates debt was incurred<br>**12/1/2016** | Basis for the claim:<br>**REAL PROPERTY TAX<br>(PRIOR CHAPTER 11 CASE)** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY OF<br>PUERTO RICO<br>PO BOX 9024140<br>OFFICE 424 B<br>San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,608.50 | $8,608.50 |
| Date or dates debt was incurred<br>**12/1/2016** | Basis for the claim:<br>**INCOME TAX<br>(PRIOR CHAPTER 11 CASE)(VARIOUS<br>PERIODS)** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **MINI MASTER CONCRETE SERVICES, INC.** | Case number (if known) | |
|--------|------------------------------------------|------------------------|--|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**DEPARTMENT OF TREASURY OF PUERTO RICO**
PO BOX 9024140
OFFICE 424 B
San Juan, PR 00902-4140

Date or dates debt was incurred
**12/20/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SALES AND USE TAX - NOVEMBER 2016**

Is the claim subject to offset?
■ No
☐ Yes

$22,137.51      $22,137.51

---

**2.4** | Priority creditor's name and mailing address

**MUNICIPIO DE AGUADILLA**
PO BOX 1008
Aguadilla, PR 00605-1008

Date or dates debt was incurred
**12/20/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SALES AND USE TAX - NOVEMBER 2016**

Is the claim subject to offset?
■ No
☐ Yes

$91.73      $91.73

---

**2.5** | Priority creditor's name and mailing address

**MUNICIPIO DE ARECIBO**
PO BOX 1086
Arecibo, PR 00613-1086

Date or dates debt was incurred
**12/20/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SALES AND USE TAX - NOVEMBER 2016**

Is the claim subject to offset?
■ No
☐ Yes

$48.68      $48.68

---

**2.6** | Priority creditor's name and mailing address

**MUNICIPIO DE ISABELA**
PO BOX 507
Isabela, PR 00662-0507

Date or dates debt was incurred
**12/20/2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SALES AND USE TAX - NOVEMBER 2016**

Is the claim subject to offset?
■ No
☐ Yes

$45.56      $45.56

---

| Debtor | **MINI MASTER CONCRETE SERVICES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address
**MUNICIPIO DE LAS PIEDRAS**
PO BOX 0068
Las Piedras, PR 00771

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,414.23   $4,414.23

Date or dates debt was incurred
**12/1/2016**

Basis for the claim:
**SALES AND USE TAX
(PRIOR CHAPTER 11 CASE)(VARIOUS PERIODS)**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**MUNICIPIO DE MOROVIS**
PO BOX 655
Morovis, PR 00687-0655

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,167.59   $1,167.59

Date or dates debt was incurred
**12/20/2016**

Basis for the claim:
**SALES AND USE TAX - NOVEMBER 2016**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**MUNICIPIO DE SAN JUAN**
PO BOX 70179
San Juan, PR 00917

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,136.31   $41,136.31

Date or dates debt was incurred
**12/1/2016**

Basis for the claim:
**SALES AND USE TAX
(PRIOR CHAPTER 11 CASE)(VARIOUS PERIODS)**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**MUNICIPIO DE SAN JUAN**
PO BOX 70179
San Juan, PR 00917

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63,096.54   $63,096.54

Date or dates debt was incurred
**12/1/2016**

Basis for the claim:
**SALES AND USE TAX
(PRIOR CHAPTER 11 CASE)(VARIOUS PERIODS)**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | MINI MASTER CONCRETE SERVICES, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,269.63 | $9,269.63 |
|---|---|---|---|---|

**MUNICIPIO DE TOA BAJA**
PO BOX 2359
Toa Baja, PR 00951-0082

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/1/2016**

Basis for the claim:
**SALES AND USE TAX
(PRIOR CHAPTER 11 CASE)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.00 | $705.00 |
|---|---|---|---|---|

**MUNICIPIO DE TOA BAJA**
PO BOX 2359
Toa Baja, PR 00951-0082

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/20/2016**

Basis for the claim:
**SALES AND USE TAX - NOVEMBER 2016**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,853.52 |
|---|---|---|---|

**AMERICAN EXPRESS CO**
PO BOX 981540
El Paso, TX 79998-1540

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/1/2016

Last 4 digits of account number _

Basis for the claim:  CREDIT CARD
(PRIOR CHAPTER 11 CASE)

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,132.16 |
|---|---|---|---|

**AMERICAN PETROLEUM CO INC**
PO BOX 2529
Toa Baja, PR 00951-2529

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  10/1/2016

Last 4 digits of account number _

Basis for the claim:  DIESEL AND GASOLINE

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,942.08 |
|---|---|---|---|

**ARECIBO HYDRAULIC CENTER INC**
BO SANTANA
NUM 1053
Arecibo, PR 00612

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  9/1/2016

Last 4 digits of account number _

Basis for the claim:  HYDRAULIC EQUIPMENT AND SUPPLIES

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __MINI MASTER CONCRETE SERVICES, INC.__    Case number (if known) _____

Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**ASOCIACION PUERTORRIQUENA DEL CONCRETO**
PO BOX 192992
San Juan, PR 00919

Date(s) debt was incurred __11/30/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MEMBERSHIP DUES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,646.95 |
|---|---|---|---|

**AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO**
PO BOX 70101
San Juan, PR 00936-8101

Date(s) debt was incurred __10/1/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __WATER AND SEWER SERVICE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,047.75 |
|---|---|---|---|

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __11/30/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ELECTRIC POWER SERVICE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,896.59 |
|---|---|---|---|

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __11/30/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ELECTRIC POWER SERVICE__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,023.76 |
|---|---|---|---|

**AUTORIDAD DE ENERGIA ELECTRICA**
PO BOX 363508
San Juan, PR 00936-3508

Date(s) debt was incurred __12/1/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ELECTRIC POWER SERVICE (PRIOR CHAPTER 11 CASE)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $41,264.56 |
|---|---|---|---|

**CANTERA CARMELO INC**
PO BOX 1052
Sabana Seca, PR 00952-1052

Date(s) debt was incurred __9/1/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __RAW MATERIALS__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,600.17 |
|---|---|---|---|

**CEMEX DE PUERTO RICO INC**
PO BOX 364487
San Juan, PR 00936-4487

Date(s) debt was incurred __9/1/2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __RAW MATERIALS__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MINI MASTER CONCRETE SERVICES, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,556.78 |
|---|---|---|---|

**CLARO**
PO BOX 70366
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2016
Last 4 digits of account number __

Basis for the claim:  **TELEPHONE AND INTERNET SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.25 |
|---|---|---|---|

**CON AGGREGATES SUPPLIES**
COND TORRE DE MIRAMAR 709
AVE MIRAMAR APT 9A
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2016
Last 4 digits of account number __

Basis for the claim:  **RAW MATERIALS**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.95 |
|---|---|---|---|

**CONWASTE CONSOLIDATED WASTE**
PO BOX 366518
San Juan, PR 00936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2016
Last 4 digits of account number __

Basis for the claim:  **WASTE DISPOSAL SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,264.11 |
|---|---|---|---|

**CRIM**
BANKRUPTCY DEPT
PO BOX 195387
San Juan, PR 00919-5387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/1/2016
Last 4 digits of account number __

Basis for the claim:  **REAL PROPERTY TAX (PRIOR CHAPTER 11 CASE)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,346.40 |
|---|---|---|---|

**CUCHITO TRUCKING**
PO BOX 87
Corozal, PR 00783

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2016
Last 4 digits of account number __

Basis for the claim:  **TRUCK PARTS**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.84 |
|---|---|---|---|

**DE LAGE LANDEN FINANCIAL SERVICES INC**
PO BOX 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2016
Last 4 digits of account number __

Basis for the claim:  **ARREARS - COPIER MACHINE LEASE CONTRACT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $11,921.34 |
|---|---|---|---|

**DEPARTMENT OF TREASURY OF PUERTO RICO**
PO BOX 9024140
OFFICE 424 B
San Juan, PR 00902-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2016
Last 4 digits of account number __

Basis for the claim:  **PERMITS AND LICENSES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MINI MASTER CONCRETE SERVICES, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
DEPARTMENT OF TREASURY OF PUERTO RICO
PO BOX 9024140
OFFICE 424 B
San Juan, PR 00902-4140

Date(s) debt was incurred  12/1/2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SALES AND USE TAX (PRIOR CHAPTER 11 CASE)

Is the claim subject to offset? ☒ No ☐ Yes

**$6,971.94**

---

**3.19** | **Nonpriority creditor's name and mailing address**
DEPARTMENT OF TREASURY OF PUERTO RICO
PO BOX 9024140
OFFICE 424 B
San Juan, PR 00902-4140

Date(s) debt was incurred  12/1/2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EXCISE TAXES (PRIOR CHAPTER 11 CASE)

Is the claim subject to offset? ☒ No ☐ Yes

**$62,224.77**

---

**3.20** | **Nonpriority creditor's name and mailing address**
EDWIN R MARRERO VELEZ
PO BOX 218
Morovis, PR 00687

Date(s) debt was incurred  9/1/2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  RAW MATERIALS

Is the claim subject to offset? ☒ No ☐ Yes

**$11,562.39**

---

**3.21** | **Nonpriority creditor's name and mailing address**
EMPRESAS DE SOLDADURAS
PO BOX 365047
San Juan, PR 00936-5047

Date(s) debt was incurred  12/15/2015
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  WELDING SUPPLIES

Is the claim subject to offset? ☒ No ☐ Yes

**$38.69**

---

**3.22** | **Nonpriority creditor's name and mailing address**
ESSROC SAN JUAN CEMENT CO INC
PO BOX 366698
San Juan, PR 00936-6698

Date(s) debt was incurred  11/30/2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  RAW MATERIALS

Is the claim subject to offset? ☒ No ☐ Yes

**$54,250.66**

---

**3.23** | **Nonpriority creditor's name and mailing address**
FP MAILING SOLUTIONS
PO BOX 157
Bedford Park, IL 60499

Date(s) debt was incurred  10/1/2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  OFFICE SUPPLIES AND EQUIPMENT

Is the claim subject to offset? ☒ No ☐ Yes

**$167.08**

---

**3.24** | **Nonpriority creditor's name and mailing address**
GTC MANUFACTURING INC
PO BOX 552
Caguas, PR 00726

Date(s) debt was incurred  11/1/2016
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  RAW MATERIALS

Is the claim subject to offset? ☒ No ☐ Yes

**$1,072.50**

---

| Debtor | **MINI MASTER CONCRETE SERVICES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
**HUMANA INSURANCE**
P.O. BOX 14601
Lexington, KY 40512-4601

Date(s) debt was incurred  11/1/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HEALTH INSURANCE**

Is the claim subject to offset? ☐ No ☐ Yes

$310.00

---

**3.26** | Nonpriority creditor's name and mailing address
**LUIS E CLASS OTERO**
PO BOX 792
Morovis, PR 00687

Date(s) debt was incurred  12/15/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **REPAIRS AND MAINTENANCE (HYDRAULIC SLEEVES SERVICES)**

Is the claim subject to offset? ☐ No ☐ Yes

$350.00

---

**3.27** | Nonpriority creditor's name and mailing address
**MASTER PRODUCTS CORP**
NUM 425 CARR 693 PMB 240
Dorado, PR 00646-4802

Date(s) debt was incurred  12/1/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOAN AND UTILITY REIMBURSEMENT (PRIOR CHAPTER 11 CASE)**

Is the claim subject to offset? ☐ No ☐ Yes

$21,419.08

---

**3.28** | Nonpriority creditor's name and mailing address
**MASTER PRODUCTS CORP**
NUM 425 CARR 693 PMB 240
Dorado, PR 00646-4802

Date(s) debt was incurred  12/15/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RAW MATERIALS**

Is the claim subject to offset? ☐ No ☐ Yes

$1,017.07

---

**3.29** | Nonpriority creditor's name and mailing address
**PIETRANTONI MENDEZ & ALVAREZ LLP**
POPULAR CENTER 19th FLOOR
208 PONCE DE LEON AVENUE
San Juan, PR 00918

Date(s) debt was incurred  10/1/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEGAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$19.72

---

**3.30** | Nonpriority creditor's name and mailing address
**PIETRANTONI MENDEZ & ALVAREZ LLP**
POPULAR CENTER 19th FLOOR
208 PONCE DE LEON AVENUE
San Juan, PR 00918

Date(s) debt was incurred  12/1/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEGAL SERVICES (PRIOR CHAPTER 11 CASE)**

Is the claim subject to offset? ☐ No ☐ Yes

$3,068.73

---

**3.31** | Nonpriority creditor's name and mailing address
**PRODUCTORA DE AGREGADOS**
PO BOX 1052
Sabana Seca, PR 00952

Date(s) debt was incurred  8/1/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RAW MATERIALS**

Is the claim subject to offset? ■ No ☐ Yes

$51,357.28

---

| Debtor | **MINI MASTER CONCRETE SERVICES, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.10 |
|---|---|---|---|

**REPUBLIC SERVICES INC**
PO BOX 51986
Toa Baja, PR 00950-1986

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   10/1/2016

**Basis for the claim:**  WASTE DISPOSAL SERVICES

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,628.76 |
|---|---|---|---|

**ROBERT J LICALZI
GARDENS HILLS
V 3 CORTA STREET**
Guaynabo, PR 00966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   8/1/2016

**Basis for the claim:**  ROYALTIES

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.50 |
|---|---|---|---|

**RR DONNELLEY DE PR CORP**
500 RD 869 SUITE 703
Catano, PR 00962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/2016

**Basis for the claim:**  CONTRACT POSTAGE METER

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,860.38 |
|---|---|---|---|

**STATE INSURANCE FUND CORPORATION**
PO BOX 365028
San Juan, PR 00936-5028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   12/1/2016

**Basis for the claim:**  WORKMEN'S COMPENSATION
(PRIOR CHAPTER 11 CASE)

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.51 |
|---|---|---|---|

**SYSTRONICS INC**
PO BOX 194030
San Juan, PR 00919-4030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   9/1/2016

**Basis for the claim:**  OFFICE SUPPLIES

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,596.37 |
|---|---|---|---|

**ZARAGOZA AND ALVARADO LLP**
PO BOX 195598
San Juan, PR 00919-5598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   12/1/2016

**Basis for the claim:**  TAX & CONSULTING SERVICES
(PRIOR CHAPTER 11 CASE)

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**
       Name

Case number (if known) _____

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 319,767.81 |
| 5b. Total claims from Part 2 | 5b. + $ | 482,777.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 802,545.55 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MINI MASTER CONCRETE SERVICES, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

### Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE CONTRACT TERMS: THREE (3) YEARS BEGINNING DATE: JANUARY 9, 2015 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: ALARM AND MONITORING SERVICES BUYOUT OPTION: NOA** | |
| | State the term remaining | | **ALPHA ONE SECURITY SOLUTIONS INC 10 AVE LAGUNA STE 256 SHOPPING LAGUNA GARDENS Carolina, PR 00979** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **LAND LEASE AGREEMENT TERMS: THIRTY (30) YEARS BEGINNING DATE: 9/1/2005 DEBTOR'S INTEREST: LESSEE DESCRIPTION: PARCEL OF LAND OF 29.1 "CUERDAS" AT CORRALES WARD, AGUADILLA, PR BUYOUT OPTION: NO** | |
| | State the term remaining | | **CANTERA MEDINA INC PO BOX 3038 Aguadilla, PR 00605** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | MINI MASTER CONCRETE SERVICES, INC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **LAND LEASE AGREEMENT TERMS: FIVE (5) YEARS BEGINNING DATE: 8/26/2014 DEBTOR'S INTEREST: LESSEE DESCRIPTION: PARCEL OF LAND OF 2 "CUERDAS" LOCATED AT STATE ROAD #155, MOROVIS, PR BUYOUT OPTION: NO** | |
|---|---|---|---|
| | State the term remaining | | **CARMEN G ROSADO ROSARIO PO BOX 445 Morovis, PR 00687** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE CONTRACT TERMS: TWO (2) YEARS BEGINNING DATE: APRIL 15, 2015 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: CELLULAR AND TELEPHONE COMMUNICATION SERVICES BUYOUT OPTION: NO** | |
|---|---|---|---|
| | State the term remaining | | **CLARO PO BOX 70366 San Juan, PR 00926** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE CONTRACT TERMS: THREE (3) YEARS BEGINNING DATE: MARCH 15, 2015 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: INTERNET AND SWITCHBOARD SERVICES BUYOUT OPTION: NO** | |
|---|---|---|---|
| | State the term remaining | | **CLARO PO BOX 70366 San Juan, PR 00926** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 __MINI MASTER CONCRETE SERVICES, INC.__                  Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE CONTRACT TERMS: 60 MONTHS BEGINNING DATE: 2/8/2013 DEBTOR'S INTEREST: LESSEE DESCRIPTION: FOTOCOPIER'S LEASE CONTRACT BUYOUT OPTION: NO** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL ROAD Wayne, PA 19087** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE CONTRACT TERMS: ONE (1) YEAR BEGINNING DATE: NOVEMBER 20, 2016 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: MAINTENANCE AND PHONE SUPPORT CONTRACT BUYOUT OPTION: NO** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EVERTEC GROUP LLC PO BOX 364527 San Juan, PR 00936-4527** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **LAND AND BUILDING LEASE AGREEMENT TERMS: THREE (3) YEARS BEGINNING DATE: 1/1/2015 DEBTOR'S INTEREST: LESSEE DESCRIPTION: PARCEL OF LAND OF 2 "CUERDAS" AND A OFFICE BUILDING OF APPROXIMATELY 1,609.5 SQ FT AT STATE ROAD #2, KM 20.6, CANDELARIA WARD, TOA BAJA, PUERTO RICO** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MASTER PRODUCTS CORP NUM 425 CARR 693 PMB 240 Dorado, PR 00646-4802** |

Debtor 1  **MINI MASTER CONCRETE SERVICES, INC.**                           Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | EARTH CRUST EXTRACTION AGREEMENT TERMS: TWENTY (20) YEARS BEGINNING DATE: 7/27/2011 DEBTOR'S INTEREST: LESSEE DESCRIPTION: PARCEL OF LAND CONSISTING OF 25.0002 "CUERDAS" LOCATED AT ARENALES BAJOS WARD, ISABELA, PR BUYOUT OPTION: NO | |
|---|---|---|---|
| | State the term remaining | | RDDC HOLDINGS LLC GARDEN HILLS V 3 CORTA STREET Guaynabo, PR 00966 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT TERMS: THREE (3) YEARS BEGINNING DATE: MARCH 15, 2015 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: CREDIT CARD PROCESSING SERVICES BUYOUT OPTION: NO | |
|---|---|---|---|
| | State the term remaining | | SOFTEK INC 650 PLAZA SUITE 601 AVE MUNOZ RIVERA San Juan, PR 00918 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT TERMS: TWO (2) YEARS BEGINNING DATE: APRIL 15, 2015 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: CELLULAR AND TELEPHONE COMMUNICATION SERVICES BUYOUT OPTION: NO | |
|---|---|---|---|
| | State the term remaining | | SPRINT SOLUTIONS INC PO BOX 4191 Carol Stream, IL 60197-4191 |
| | List the contract number of any government contract | | |

Debtor 1 **MINI MASTER CONCRETE SERVICES, INC.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE FINANCING AGREEMENT TERMS: NINE (9) MONTHS BEGINNING DATE: MAY 1, 2016 DEBTOR'S INTEREST: INSURED DESCRIPTION: INSURANCE POLICIES FINANCING AGREEMENT BUYOUT OPTION: NO | |
|---|---|---|---|
| | State the term remaining | | UNITED INSURANCE FINANCE CO INC PO BOX 6356 San Juan, PR 00914-6356 |
| | List the contract number of any government contract | | |

---

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | FINANCE AGREEMENT TERMS: ONE (1) YEAR BEGINNING DATE: FEBRUARY 26, 2016 DEBTOR'S INTEREST: SERVICE RECIPIENT DESCRIPTION: UTILITY BOND BUYOUT OPTION: NO | |
|---|---|---|---|
| | State the term remaining | | UNITED SURETY AND INDEMNITY COMPANY PO BOX 2111 San Juan, PR 00922-2111 |
| | List the contract number of any government contract | | |

---

| Fill in this information to identify the case: |
| --- |

| Debtor name | **MINI MASTER CONCRETE SERVICES, INC.** |
| --- | --- |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: Codebtor                                        Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | BESS M TAYLOR MITCHELL | HC 91 BOX 9345 Vega Alta, PR 00692 | BANCO DESARROLLO ECONOMICO DE PR | ☑ D   2.1 ☐ E/F _____ ☐ G _____ |
| 2.2 | BESS M TAYLOR MITCHELL | HC 91 BOX 9345 Vega Alta, PR 00692 | WELLS FARGO FINANCIAL LEASING | ☑ D   2.4 ☐ E/F _____ ☐ G _____ |
| 2.3 | SUC VICTOR S MALDONADO DAVILA | HC 91 BOX 9345 Vega Alta, PR 00692 | BANCO DESARROLLO ECONOMICO DE PR | ☑ D   2.1 ☐ E/F _____ ☐ G _____ |
| 2.4 | SUC VICTOR S MALDONADO DAVILA | HC 91 BOX 9345 Vega Alta, PR 00692 | ESSROC SAN JUAN CEMENT CO INC | ☐ D _____ ☑ E/F   3.22 ☐ G _____ |
| 2.5 | SUC VICTOR S MALDONADO DAVILA | HC 91 BOX 9345 Vega Alta, PR 00692 | WELLS FARGO FINANCIAL LEASING | ☑ D   2.4 ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MINI MASTER CONCRETE SERVICES, INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMERICAN EXPRESS CO PO BOX 981540 El Paso, TX 79998-1540 | 1 800 528 4800 | CREDIT CARD (PRIOR CHAPTER 11 CASE) | | | | $2,853.52 |
| ARECIBO HYDRAULIC CENTER INC BO SANTANA NUM 1053 Arecibo, PR 00612 | 787 881 3667 | HYDRAULIC EQUIPMENT AND SUPPLIES | | | | $1,942.08 |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO PO BOX 70101 San Juan, PR 00936-8101 | 787 620 2482 | WATER AND SEWER SERVICES | | | | $2,646.95 |
| AUTORIDAD DE ENERGIA ELECTRICA PO BOX 363508 San Juan, PR 00936-3508 | 787 521 3434 | ELECTRIC POWER SERVICE | | | | $39,896.59 |
| CANTERA CARMELO INC PO BOX 1052 Sabana Seca, PR 00952-1052 | 787 995 1801 | RAW MATERIALS | | | | $41,264.56 |
| CLARO PO BOX 70366 San Juan, PR 00926 | 787 775 0000 | TELEPHONE AND INTERNET SERVICES | | | | $1,556.78 |
| CRIM BANKRUPTCY DEPT PO BOX 195387 San Juan, PR 00919-5387 | 787 625 2746 | REAL PROPERTY TAX (PRIOR CHAPTER 11 CASE) | | | | $169,046.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor   **MINI MASTER CONCRETE SERVICES, INC.**                    Case number *(if known)* _____
_____ Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTMENT OF TREASURY OF PUERTO RICO PO BOX 9024140 OFFICE 424 B San Juan, PR 00902-4140 | 787 721 4315 | EXCISE TAXES (PRIOR CHAPTER 11 CASE) | | | | $62,224.77 |
| DEPARTMENT OF TREASURY OF PUERTO RICO PO BOX 9024140 OFFICE 424 B San Juan, PR 00902-4140 | 787 721 4315 | SALES AND USE TAX - NOVEMBER 2016 | | | | $22,137.51 |
| EDWIN R MARRERO VELEZ PO BOX 218 Morovis, PR 00687 | 787 316 8526 | RAW MATERIALS | | | | $11,562.39 |
| ESSROC SAN JUAN CEMENT CO INC PO BOX 366698 San Juan, PR 00936-6698 | 610 837 6725 | RAW MATERIALS | | | | $54,250.66 |
| MASTER PRODUCTS CORP NUM 425 CARR 693 PMB 240 Dorado, PR 00646-4802 | 787 740 5254 | LOAN AND UTILITY REIMBURSEMENT (PRIOR CHAPTER 11 CASE) | | | | $21,419.08 |
| MUNICIPIO DE LAS PIEDRAS PO BOX 0068 Las Piedras, PR 00771 | 787 733 2160 | SALES AND USE TAX (PRIOR CHAPTER 11 CASE) | | | | $4,414.23 |
| MUNICIPIO DE SAN JUAN PO BOX 70179 San Juan, PR 00917 | 787 480 4000 | SALES AND USE TAX (PRIOR CHAPTER 11 CASE) | | | | $63,096.54 |
| MUNICIPIO DE TOA BAJA PO BOX 2359 Toa Baja, PR 00951-0082 | 787 261 0202 | SALES AND USE TAX (PRIOR CHAPTER 11 CASE) | | | | $9,269.63 |
| PIETRANTONI MENDEZ & ALVAREZ LLP POPULAR CENTER 19th FLOOR 208 PONCE DE LEON AVENUE San Juan, PR 00918 | 787 274 1212 | LEGAL SERVICES (PRIOR CHAPTER 11 CASE) | | | | $3,068.73 |

| Debtor | MINI MASTER CONCRETE SERVICES, INC. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PRODUCTORA DE AGREGADOS PO BOX 1052 Sabana Seca, PR 00952 | 787 855 2580 | RAW MATERIALS | | | | $51,357.28 |
| ROBERT J LICALZI GARDENS HILLS V 3 CORTA STREET Guaynabo, PR 00966 | 787 224 8115 | ROYALTIES | | | | $17,628.76 |
| STATE INSURANCE FUND CORPORATION PO BOX 365028 San Juan, PR 00936-5028 | 787 793 5959 | WORKMEN'S COMPENSATION (PRIOR CHAPTER 11 CASE) | | | | $3,860.38 |
| ZARAGOZA AND ALVARADO LLP PO BOX 195598 San Juan, PR 00919-5598 | 787 999 4400 | TAX & CONSULTING SERVICES (PRIOR CHAPTER 11 CASE) | | | | $2,596.37 |

### United States Bankruptcy Court
#### District of Puerto Rico

In re   **MINI MASTER CONCRETE SERVICES, INC.**

Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 22, 2016

Carmen M. Betancourt/President
Signer/Title

ALPHA ONE SECURITY SOLUTIONS INC
10 AVE LAGUNA STE 256
SHOPPING LAGUNA GARDENS
Carolina, PR 00979

AMERICAN EXPRESS CO
PO BOX 981540
El Paso, TX 79998-1540

AMERICAN PETROLEUM CO INC
PO BOX 2529
Toa Baja, PR 00951-2529

ARECIBO HYDRAULIC CENTER INC
BO SANTANA
NUM 1053
Arecibo, PR 00612

ASOCIACION PUERTORRIQUENA DEL CONCRETO
PO BOX 192992
San Juan, PR 00919

AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO
PO BOX 70101
San Juan, PR 00936-8101

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
San Juan, PR 00936-3508

BANCO DESARROLLO ECONOMICO DE PR
PO BOX 2134
San Juan, PR 00922-2134

BESS M TAYLOR MITCHELL
HC 91 BOX 9345
Vega Alta, PR 00692

BESS M TAYLOR MITCHELL
HC 91 BOX 9345
Vega Alta, PR 00692

CANTERA CARMELO INC
PO BOX 1052
Sabana Seca, PR 00952-1052

CANTERA MEDINA INC
PO BOX 3038
Aguadilla, PR 00605

CARMEN G ROSADO ROSARIO
PO BOX 445

1

Morovis, PR 00687

CEMEX DE PUERTO RICO INC
PO BOX 364487
San Juan, PR 00936-4487

CLARO
PO BOX 70366
San Juan, PR 00926

CON AGGREGATES SUPPLIES
COND TORRE DE MIRAMAR 709
AVE MIRAMAR APT 9A
San Juan, PR 00907

CONWASTE CONSOLIDATED WASTE
PO BOX 366518
San Juan, PR 00936

CRIM
BANKRUPTCY DEPT
PO BOX 195387
San Juan, PR 00919-5387

CUCHITO TRUCKING
PO BOX 87
Corozal, PR 00783

DE LAGE LANDEN FINANCIAL SERVICES INC
PO BOX 41602
Philadelphia, PA 19101

DE LAGE LANDEN FINANCIAL SERVICES INC
1111 OLD EAGLE SCHOOL ROAD
Wayne, PA 19087

DEPARTMENT OF TREASURY OF PUERTO RICO
PO BOX 9024140
OFFICE 424 B
San Juan, PR 00902-4140

EDWIN R MARRERO VELEZ
PO BOX 218
Morovis, PR 00687

EMPRESAS DE SOLDADURAS
PO BOX 365047
San Juan, PR 00936-5047

ESSROC SAN JUAN CEMENT CO INC
PO BOX 366698
San Juan, PR 00936-6698

EVERTEC GROUP LLC
PO BOX 364527
San Juan, PR 00936-4527

FP MAILING SOLUTIONS
PO BOX 157
Bedford Park, IL 60499

GTC MANUFACTURING INC
PO BOX 552
Caguas, PR 00726

HUMANA INSURANCE
P.O. BOX 14601
Lexington, KY 40512-4601

LUIS E CLASS OTERO
PO BOX 792
Morovis, PR 00687

MASTER PRODUCTS CORP
NUM 425 CARR 693 PMB 240
Dorado, PR 00646-4802

MASTER PRODUCTS CORP
NUM 425 CARR 693 PMB 240
Dorado, PR 00646-4802

MUNICIPIO DE AGUADILLA
PO BOX 1008
Aguadilla, PR 00605-1008

MUNICIPIO DE ARECIBO
PO BOX 1086
Arecibo, PR 00613-1086

MUNICIPIO DE ISABELA
PO BOX 507
Isabela, PR 00662-0507

MUNICIPIO DE LAS PIEDRAS
PO BOX 0068
Las Piedras, PR 00771

MUNICIPIO DE MOROVIS
PO BOX 655
Morovis, PR 00687-0655

MUNICIPIO DE SAN JUAN
PO BOX 70179
San Juan, PR 00917

3

MUNICIPIO DE TOA BAJA
PO BOX 2359
Toa Baja, PR 00951-0082

PIETRANTONI MENDEZ & ALVAREZ LLP
POPULAR CENTER 19th FLOOR
208 PONCE DE LEON AVENUE
San Juan, PR 00918

PRODUCTORA DE AGREGADOS
PO BOX 1052
Sabana Seca, PR 00952

RDDC HOLDINGS LLC
GARDEN HILLS
V 3 CORTA STREET
Guaynabo, PR 00966

REPUBLIC SERVICES INC
PO BOX 51986
Toa Baja, PR 00950-1986

ROBERT J LICALZI
GARDENS HILLS
V 3 CORTA STREET
Guaynabo, PR 00966

RR DONNELLEY DE PR CORP
500 RD 869 SUITE 703
Catano, PR 00962

SOFTEK INC
650 PLAZA SUITE 601
AVE MUNOZ RIVERA
San Juan, PR 00918

SPRINT SOLUTIONS INC
PO BOX 4191
Carol Stream, IL 60197-4191

STATE INSURANCE FUND CORPORATION
PO BOX 365028
San Juan, PR 00936-5028

SUC VICTOR S MALDONADO DAVILA
HC 91 BOX 9345
Vega Alta, PR 00692

SUC VICTOR S MALDONADO DAVILA
HC 91 BOX 9345
Vega Alta, PR 00692

4

SUC VICTOR S MALDONADO DAVILA
HC 91 BOX 9345
Vega Alta, PR 00692

SYSTRONICS INC
PO BOX 194030
San Juan, PR 00919-4030

UNITED INSURANCE FINANCE CO INC
PO BOX 6356
San Juan, PR 00914-6356

UNITED SURETY AND INDEMNITY COMPANY
PO BOX 2111
San Juan, PR 00922-2111

WELLS FARGO FINANCIAL LEASING
PO BOX 3072
Cedar Rapids, IA 52406-3072

ZARAGOZA AND ALVARADO LLP
PO BOX 195598
San Juan, PR 00919-5598

5

**CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTORS AUTHORIZING THE FILING OF
PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

RESOLVED:     Whereas **MINI MASTER CONCRETE SERVICES, INC.** (the "Corporation") is unable to meet its obligations as they mature nor to comply with the provisions of its Chapter 11 Case Reorganization Plan under case no. 13-10302 (MCFF)11; and

Whereas, creditors have undertaken and/or are threatening to undertake steps to obtain possession of the Corporation's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Corporation and that Carmen M. Betancourt, the Corporation's President, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Carmen M. Betancourt, be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Corporation or in its behalf, and be it further resolved;

That Charles A. Cuprill, P.S.C., Law Offices be employed to act as counsel for the Corporation in such bankruptcy proceedings.

The undersigned hereby certifies that he is the Secretary of the Corporation, and that the above is a true and correct copy of a resolution adopted by its Board of Directors at a duly constituted meeting held on December 19, 2016, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this 21st day of December, 2016.

**Rita V. Maldonado
SECRETARY**

*Certified Copy of Corporate Resolution*
*Mini Master Concrete Services, Inc.*
Page - 2 —

I, Rita V. Maldonado, secretary of MINI MASTER CONCRETE SERVICES, INC., of legal age, single , and resident of San Juan, Puerto Rico , do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this December 21, 2016.

**Rita V. Maldonado**
**SECRETARY**